# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ALEKA RUGGIERO, | : | 4:16-CV-01996 |
| --- | --- | --- |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| MOUNT NITTANY MEDICAL CENTER, | : | |
| Defendant. | : | |

**ORDER**

MAY 15, 2017

In accordance with the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss for Failure to State a Claim filed November 18, 2016, ECF No. 15, is GRANTED.

2. Plaintiff's Motion to Amend/Correct the Complaint filed February 24, 2017, ECF No. 24, is GRANTED.

3. Plaintiff may file an amended complaint by May 30, 2017. If no amended complaint is filed by that date, the action will be summarily dismissed pursuant to Fed. R. Civ. P. 41(b).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge