**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALEKA RUGGIERO, | : | No.: 4:16-CV-01996 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| MOUNT NITTANY MEDICAL | : | |
| CENTER, | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

**AND NOW**, this 7th day of August 2018, in light of the Joint Stipulation of Settlement filed on August 6, 2018, ECF No. 35, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice.  Either party, upon good cause shown, may request to reinstate the action within sixty (60) days if the settlement is not consummated.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge